UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-03901-CBM-PD | Date | August 6, 2025 |
| Title | *Gaurav Gupta v. Porsche Cars North America, Inc.* | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**  **IN CHAMBERS- ORDER RE: JOINT STIPULATION TO DISMISS CASE**

The matter before the Court is the Joint Stipulation to Dismiss Case Pursuant to Fed. R. Civ. P. 41. (Dkt. No. 16.) Pursuant to the Joint Stipulation, the case is dismissed with prejudice and the case is closed.

**IT IS SO ORDERED.**